## 18703. LOEWENHERZ v. McMURRIA et al.

BROYLES, C. J. This was a suit in trover for the recovery of an automobile. Upon the trial the evidence demanded a finding that the plaintiff had neither title to the automobile nor the right to possess it. The assignments of error upon various rulings of the court as to the admissibility

of evidence show no material error, and the court properly directed a verdict in favor of the defendants.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 10, 1928.

*McCutchen, Bowden & Gaggstatter,* for plaintiff.
*George C. Palmer,* for defendants.